CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 2 8 2018

JULIA C. DUDLEY, CLERK
BY: C. Amos
DEPUTY CLERK

2/28/2018     Case: 6:18-cv-00002

**Hartman v. Dellinger**

We, Jason Hartman and Kimberly Hartman request to dismiss Case: 6:18-cv-00002 (Hartman v. Dellinger). We have filed Ch. 13 Bankruptcy Case # 18-60331. The real estate debt in this case (6:18-cv-00002) is included in the Ch. 13 Bankruptcy and will be payed monthly to Ms. Dellinger over a period of five years by the trustee. Therefore, she will not be able to adjust amount owed or interest rate which was the complaint in this case.

X _____ 2/28/18

X _____ 2/28/18

I hereby certify on 2/28/18, a true and correct copy of the foregoing instrument has been forwarded by first class mail to counsel of record